Form rfiler – ntcrefilerv27.jsp

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13–31433–MS
Chapter: 13
Judge: Morris Stern

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  James Kaleda
  2467 Route 10
  BLG 46 – Apt 4A
  Morris Plains, NJ 07950

Social Security No.:
  xxx–xx–3901

Employer's Tax I.D. No.:

## NOTICE OF EVIDENCE OF REPEAT FILING

To: Debtor, Attorney for Debtor, Trustee and United States Trustee

  You are hereby notified that the Clerk has determined that the

- ☑ debtor
- ☐ joint debtor

received a discharge in case number 12–27628–MS , commenced on July 15, 2012. Pursuant to section 727(a)(8) or 1328(f), the debtor(s) is ineligible to receive a discharge.

  Objections to this matter must be in writing and filed with the Clerk on or before October 22, 2013 at

    U.S. Bankruptcy Court
    MLK Jr Federal Building
    50 Walnut Street
    Newark, NJ 07102

  In the event a timely objection is filed, a hearing will be held before the Honorable Judge Morris Stern on:

DATE:          November 7, 2013
TIME:           11:00 a.m.
COURTROOM:  3A

Dated: October 1, 2013
JJW: llb

                      James J. Waldron
                      Clerk