Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  13−31433−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    James Kaleda
    501 Delaware Ave
    Portland, PA 18351

Social Security No.:
    xxx−xx−3901

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Vincent F. Papalia on

Date:            January 5, 2017
Time:            11:00 AM
Location:        Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

to consider and act upon the following:

*64* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/2/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*66* – Objection to Trustee's Certification of Default (related document:64 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 12/2/2016. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott E. Tanne on behalf of James Kaleda. (Attachments: # 1 Facsimile Certification # 2 Certificate of Service) (Tanne, Scott)

and transact such other business as may properly come before the meeting.


Dated: November 28, 2016
JJW: jf

                                                                James J. Waldron
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James Kaleda  
    Debtor

Case No. 13-31433-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin             Page 1 of 1               Date Rcvd: Nov 28, 2016  
                     Form ID: 173            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2016.  
db          James Kaleda,    501 Delaware Ave,    Portland, PA   18351  
cr         +Freedom Road Financial,    C/O Morton & Craig, LLC,    110 Marter Ave., Suite 301,    Moorestown, NJ 08057-3124

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2016 at the address(es) listed below:  
         Angela Catherine Pattison    on behalf of Creditor    WELLS FARGO BANK, NA angela.pattison@powerskirn.com, ecf@powerskirn.com  
         Denise E. Carlon    on behalf of Creditor    Wells Fargo Bank, N.A. bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
         John R. Morton, Jr.    on behalf of Creditor    Freedom Road Financial mortonlaw.bcraig@verizon.net, donnal@mortoncraig.com;mhazlett@mortoncraig.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Scott E. Tanne    on behalf of Debtor James Kaleda info@tannelaw.com, clerk@tannelaw.com  
                                                                                              TOTAL: 5